UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, )   Index No.: 08-CIV-4043 (KMK)
)
                   Plaintiffs, )   REQUEST FOR ENTRY OF
   -against- )   DEFAULT JUDGMENT
)
APOLLON PAINTING INC., )
)
                   Defendant. )
)

---

TO:   Clerk of the United States District Court for the
        Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Apollon Painting Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant Apollon Painting Inc. for an order for an audit and in the sum of $2,220.00, which includes attorneys' fees, court costs and disbursements.

Dated:  Elmsford, New York
          June 4, 2008

Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515