# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1409
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

July 7, 2008

**VIA FACSIMILE**
(914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Attn: Dawn, Court Room Deputy

Re: Trustees of the District Council 9, et al. v. Apollon Painting Inc.
Index No.: 08-CIV-4043 (KMK)
<u>Initial Court Conference Date – Tuesday, July 15, 2008 at 12:00 a.m.</u>

Dear Dawn:

As per our telephone conversation, we respectfully request that the court conference referenced above be adjourned to a new date.

Upon receipt of the new court date, we will immediately send to the defendant and copy of the default judgment and the new court date.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

Dawn Stefanik
Paralegal

*The new conference date is 9/3, 2008, at 12:00 pm*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/7/04

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TOTAL P.01